1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ANDREW J. TASHJIAN,

        PLAINTIFF,

      V.

GINA HABBAS, ET AL.,

        DEFENDANTS.

No.  CV 99-11621 CBM

ORDER RENEWING JUDGMENT

    The matter before this Court is Plaintiff Andrew J. Tashjian's ("Plainitff") Application for and Renewal of Judgment.  [Docket No. 117.]  Plaintiff requests that the Court renew its Judgment granting Plaintiff's Motion for Default Judgment against Defendants Gina Habbas, Youmna Ghamlouche, Rabih S. Khalife, and Achira Meraachli (collectively, "Defendants"), entered on November 15, 2001.  [Docket No. 61.]

//
//
//

1

1   Based on the Application for and Renewal of Judgment, and all other
2   pleadings and documents on file herein, and for good cause shown, it is HEREBY
3   ORDERED that the Judgment entered on November 15, 2001 against Defendants
4   shall be renewed in the amount of $151,450.00.  This Judgment includes the
5   original judgment amount of $130,000 and pre-judgment interest in the amount of
6   $21, 450, for a total judgment of $151, 450.

7

8   **IT IS SO ORDERED.**

9   DATED:   November 15, 2011            By _____

10                                              CONSUELO B. MARSHALL

11                                         UNITED STATES DISTRICT JUDGE