UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL *AMENDED*

| | | | |
|---|---|---|---|
| Case No. | **CV 99-11621-CBM(RNBx)** | Date | OCTOBER 28, 2014 |
| Title | ANDREW J. TASHJIAN V. JOUMNA J. FERNANDEZ, ET AL | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court issues an Order to Show Cause why sanctions should not be imposed against Plaintiff for non-appearance at today's hearing regarding Plaintiff's motion for order approving good faith settlement [230].

*A written response is due by no later than* ***November 7, 2014.***

IT IS SO ORDERED.

cc: all parties

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |