Ronald P. Slates, Esq.  SBN: 43712
Kevin A. Hoang, Esq.  SBN: 277132
RONALD P. SLATES, P.C.
500 South Grand Ave., Suite 2010
Los Angeles, CA 90071
Tel (213) 624-1515
Fax (213) 624-7536

Attorneys for Plaintiff, Andrew J. Tashjian

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| ANDREW J. TASHJIAN, | CASE NO. 2:99-CV-11621-CBM (JCx) |
| Plaintiff, | RENEWAL OF JUDGMENT BY CLERK |
| vs. | |
| JOUMNA J. FERNANDEZ, et al., | |
| Defendants. | |

The Judgment Debtor, RABIH S. KHALIFE  ("Judgment Debtor Khalife"), having judgment entered against DEFENDANTS on November 15, 2001 and renewed on November 15, 2011;

NOW, upon application of ANDREW J. TASHJIAN ("Plaintiff"), and upon declaration that Judgment Debtor Khalife has failed to pay the total amount of said judgment; and that Judgment Debtor Khalife is indebted to Plaintiff.

Judgment against Judgment Debtor Khalife is hereby renewed in the amount of $185,999.93 and Plaintiff shall recover as follows:

Judgment as entered:

    a. Principal ................................................................................. $130,000.00

    b. Pre-Judgment interest. ............................................................... $21,450.00

    c. Costs ............................................................................................... $0.00

    d. Attorney Fees ................................................................................ $0.00

Subtotal (Judgment as entered) ........................................................... $151,450.00

    e. Less credits after judgment. .......................................................... $0.00

    f. Interest after judgment ................................................................... $0.00

    g. Subtotal. ................................................................................ $151,450.00

    h. Costs after judgment ..................................................................... $0.00

Subtotal (Renewal as entered) ............................................................. $151,450.00

    i. Less credits after judgment. ..................................................... $30,000.00

    j. Interest after judgment computed from November 15, 2001
       to August 17, 2020 at 1.99% ...................................................... $64,549.93

    k. Subtotal. ............................................................................... $185,999.93

    l. Costs after judgment ...................................................................... $0.00

GRAND TOTAL ................................................................................ $185,999.93

Dated:  9/3/2020

                                                    DEPUTY CLERK,
                                                    US District Court

Presented by:

RONALD P. SLATES, P.C.,
A Professional Corporation

By: /s/RONALD P. SLATES
      Ronald P. Slates
Attorneys For Judgment Creditor